PEOPLE *v* ROBERT KING.   Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J.   Submitted Division 1 November 23, 1971, at Detroit.   (Docket No. 11605.)   Decided December 9, 1971.   Leave to appeal denied, 387 Mich 754.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Larry R. Farmer*, Assistant Defender, for defendant.

Before: J. H. GILLIS, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was convicted on guilty plea of assault with intent to rob while unarmed, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.